1  Joseph R. Manning, Jr. (SBN 223381)
2  Michael Manning  (SBN 290301)
   ADAPracticeGroup@manninglawoffice.com
3  **MANNING LAW, APC**
   4667 MacArthur Blvd., Suite 150
4  Newport Beach, CA 92660
   Tel: 949.200.8755 / Fax: 866.843.8308
5
   Attorneys for Plaintiff
6  CARMEN JOHN PERRI

7

8  TRACY R. WILLIAMS, Bar No. 278429
9  trwilliams@littler.com
   **LITTLER MENDELSON, P.C.**
10 2050 Main Street, Suite 900 Irvine, CA 92614
11 Telephone: 949.705.3000
   Facsimile: 949.724.1201 Attornet for Defendant
12
   DAHYA INVESTMENTS, INC. (ALSO
13 ERRONEOUSLY SUED AS QUALITY INN
   SUITES)
14

15           **UNITED STATES DISTRICT COURT**

16           **CENTRAL DISTRICT OF CALIFORNIA**

17

18 | CARMEN JOHN PERRI, an | Case No.: 2:18-CV-03618-RSWL-SSx
   | individual,
19 |                      | Hon.  Ronald S.W. Lew
   | Plaintiff,
20 |                      | **JOINT STIPULATION FOR**
21 | v.                   | **DISMISSAL OF THE ENTIRE**
   |                      | **ACTION WITH PREJUDICE**
22 | QUALITY INN SUITES, a
23 | business of unknown form; | Complaint Filed: April 30, 2018
   | DAHYA INVESTMENTS, INC., a | Trial Date: None
24 | California corporation; and DOES
25 | 1-10, inclusive; and DOES 1-10 ,
26 | Defendants.
27

28

___

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff  CARMEN JOHN PERRI ("Plaintiff") and DAHYA INVESTMENTS, INC. (also erroneously sued as "QUALITY INN SUITES") ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:September 14, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*

Joseph R. Manning, Jr.
Attorney for Plaintiff
Carmen John Perri

DATED: September 14, 2018

**LITTLER MENDELSON, P.C.**

By: /s/ *Tracy R. Williams*

Tracy R. Williams Esq.
Attorneys for Defendant
Dayha Investments, Inc.

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 13, 2018          By: /s/ *Joseph R. Manning, Jr.*

1

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE