JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY INN SUITES, a business of unknown form; DAHYA INVESTMENTS, INC., a California corporation; and DOES 1-10, inclusive; and DOES 1-10 ,<br><br>Defendants. | Case No.: 2:18-CV-03618-RSWL-SSx<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

///
///
///

ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Dahya Investments, Inc. (also erroneously sued as "Quality Inn Suites") ("Defendant"), the Court hereby enters a dismissal **with prejudice** of Plaintiff's Complaint in the above-entitled action, in its entirety.

Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   9/18/2018

s/ RONALD S.W. LEW
UNITED STATES DISTRICT COURT JUDGE